IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00362-REB-MEH

DONALD LANGE ,

    Plaintiff,

v.

RENTAL SERVICE CORPORATION,
a foreign corporation, d/b/a RSC Equipment Rental,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2006.**

    There being no opposition from the Defendant, and in the interests of justice, the Plaintiff's Motion for Amendment of Pleadings [Filed May 15, 2006; Docket #13] is **granted**.

    On or before May 18, 2006, the Plaintiff shall file his Amended Complaint and Jury Demand with the office of the Clerk of this Court in accordance with the District of Colorado Electronic Case Filing ("ECF") Procedures. Plaintiff's Amended Complaint and Jury Demand shall be in the same format and substance of that which was tendered with Plaintiff's Motion for Amendment of Pleadings on May 15, 2006.