# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No.  06-cv-00362-REB-MEH

DONALD LANGE,

    Plaintiff,

v.

RENTAL SERVICE CORPORATION, a foreign corporation, d/b/a RSC Equipment Rental,

    Defendant.

___

## MINUTE ORDER[1]

___

    The Joint Motion to Change Deadline for Filing of Federal Rule of Evidence 702 Motions [#37], filed July 10, 2006, is GRANTED.  The deadline for the filing of the Rule 702 motion is **January 31, 2007**.

Dated:  July 10, 2006

___

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.