IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00362-REB-MEH

DONALD LANGE ,

    Plaintiff,

v.

RENTAL SERVICE CORPORATION,
a foreign corporation, d/b/a RSC Equipment Rental, and
GENIE INDUSTRIES, INC., a foreign corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 21, 2006.**

    The Unopposed Motion for Entry of Stipulated Protective Order [Filed on August 18, 2006; Docket #39] is **granted**.  The Stipulated Protective Order shall be separately entered.