IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00362-REB-MEH

DONALD LANGE ,

       Plaintiff,

v.

RENTAL SERVICE CORPORATION,
a foreign corporation, d/b/a RSC Equipment Rental, and
GENIE INDUSTRIES, INC., a foreign corporation,

       Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2006.**

The Unopposed Modification of Amended Scheduling Order [Filed October 31, 2006; Docket #44] and (Revised) Unopposed Modification of Amended Scheduling Order [Filed October 31, 2006; Docket #46] are **denied**, without prejudice.

The motions fail to provide any basis upon which the Court can make a determination of good cause required for the requested extension of the expert witness disclosure deadlines. Pursuant to D.C.Colo.LCivR 6.1(A), "[n]o stipulation by the parties can affect a date or deadline established by court order, including hearing dates and case management deadlines."