IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00362-REB-MEH

DONALD LANGE ,

    Plaintiff,

v.

RENTAL SERVICE CORPORATION,
a foreign corporation, d/b/a RSC Equipment Rental, and
GENIE INDUSTRIES, INC., a foreign corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 3, 2006.**

For good cause shown, the Joint Motion for Modification of Amended Scheduling Order Dated June 29, 2006 [Filed November 3, 2006; Docket #49] is **granted**. The following case management deadlines shall hereafter govern this case:

1. Plaintiff shall serve counsel for Defendant RSC and counsel for Defendant Genie the information referred to in Fed.R.Civ.P. 26(a)(2)(B) by expert report on or before December 15, 2006, disclosing their damage experts opinions.

2. Defendants RSC and Genie shall serve counsel for the Plaintiff the information referred to in Fed.R.Civ.P. 26(a)(2)(B) by expert report on or before January 15, 2007, disclosing their damage experts opinions.

All other case management deadlines shall remain in full force and effect as previously ordered.