IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No.  06-cv-00362-REB-MEH

DONALD LANGE,

    Plaintiff,

v.

RENTAL SERVICE CORPORATION, a foreign corporation, d/b/a RSC Equipment Rental, and
GENIE INDUSTRIES, INC., a foreign corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before me on the **Stipulated Motion for Dismissal With Prejudice** [#61], filed January 26, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulated Motion for Dismissal With Prejudice** [#61], filed January 26, 2007, is **GRANTED**;

2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for August 24, 2007, is **VACATED**; and

4.  That the jury trial set to commence September 10, 2007, is **VACATED**.

Dated January 29, 2007, at Denver, Colorado.

                        **BY THE COURT:**

                        **s/ Robert E. Blackburn**
                        **Robert E. Blackburn**
                        **United States District Judge**